IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEVIN LEE ELLIOTT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-3608

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed April 13, 2015.

An appeal from the Circuit Court for Duval County.
Russell L. Healey, Judge.

Nancy A. Daniels, Public Defender, and Mark Graham Hanson, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Jennifer J. Moore and Matthew Pavese, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

LEWIS, C.J., RAY and SWANSON, JJ., CONCUR.